AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

GREGORY GILLILAN, Founder and President of
(C.U.S.S.) Convicts United Stand Strong,

    Plaintiff,                            JUDGMENT IN A CIVIL CASE

             V.                               CASE NUMBER: CV307-035

DR. FNU ALSTON, Johnson State Prison, and SUSAN
HANAH, Nurse, Johnson State Prison,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order of this Court Entered on September 26, 2007, adopting the Report and Recommendation of the Magistrate Judge and DISMISSING the plaintiff's complaint without prejudice. This civil action stands CLOSED.

September 26, 2007                          Scott L. Poff
*Date*                                           *Clerk*

                                                      Cindy Adams
                                                      *(By) Deputy Clerk*